**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1390**

---

ROBERT ALLAN SHAFFER; CHARLOTTE SHAFFER,

Plaintiffs - Appellants,

versus

MATCO TOOLS CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-95-
1013-MJG)

---

Submitted:  July 24, 1997          Decided:  July 31, 1997

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donna J. Wolfe, MCHENRY & MITCHELL, Little Rock, Arkansas, for
Appellants.  James D. Mathias, Richard J. Ufford, PIPER & MARBURY
L.L.P., Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

This case involves claims by Appellants Robert Allan Shaffer and Charlotte Shaffer that Appellee Matco Tools Corporation ("Matco") engaged in fraudulent misrepresentation and other misconduct concerning a distribution agreement between Robert Shaffer and Matco. As discussed in the district court's well reasoned opinion, it is clear from the record that the statute of limitations for this action began to run, at the latest, when Robert Shaffer resigned his distributorship in January 1992. Appellants filed this action in February 1995, clearly beyond the three-year statute of limitations. Md. Code Ann. Cts. &  Jud. Proc. § 5-101 (1995). We therefore affirm the district court's order granting summary judgment for Appellee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED